**MODERN INVESTMENT AND LOAN CORPORATION,** Appellant, *v.* **WALTER M. LEVETT** et al., Defendants, and **MORRIS I. PRICE,** Respondent.

(Argued October 1, 1931; decided October 20, 1931.)

*Louis Epstein, David I. Shivitz* and *Samuel L. Marcus* for appellant.

*Jacob Markowitz* and *William Walter Frankel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.